## GREENING ET AL. *v.* KITCH ET AL.

[No. 6,065. Filed February 6, 1908.]

From St. Joseph Circuit Court; *Lucius Hubbard*, Special Judge.

Liquor remonstrance by James W. Kitch and others. From a judgment for remonstrators, Herman Greening and others appeal. *Affirmed.*

*W. G. Crabill, Thomas M. Hoban* and *Talbot & Talbot*, for appellants.

*Handley & Pyle, F. J. Lewis Meyer* and *Charles P. Drummond*, for appellees.

PER CURIAM.—The facts in this case are similar, and the questions presented by the record are the same in all respects as the cases of *Cain* v. *Allen* (1907), 168 Ind. 8, and *Anderson* v. *Webber* (1907), 39 Ind. App. 443; and the judgment is affirmed upon the authority of those cases.

## JACKSON, ADMINISTRATOR, *v.* HOCKE.

[No. 6,739. Filed March 13, 1908.]

From Marion Circuit Court; *Henry Clay Allen*, Judge.

Exceptions by Pearlie B. Hocke to the final report of Sylvanus Jackson, administrator of the estate of William A. Jackson, deceased. From a judgment against the administrator, he appeals. *Transferred to the Supreme Court.* (For decision on the merits, see ——— Ind. ———.)

*L. P. Harlan, Harding & Hovey* and *O. U. Newman*, for appellant. *Thomas A. Daily* and *E. D. Salsbury*, for appellee.

PER CURIAM.—The six judges of the Appellate Court being equally divided upon the determination of the appeal in this cause, the same is transferred to the Supreme Court, under section fifteen of an act of the General Assembly entitled: "An act concerning appeals," etc., approved March 12, 1901. Acts 1901, p. 565, §1399 Burns 1908.